

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David Michael Dollins, Appellant

No. 06-14-00133-CR          v.

The State of Texas, Appellee

Appeal from the 8th District Court of Franklin County, Texas (Tr. Ct. No. F-8840).    Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, David Michael Dollins, pay all costs of this appeal.

RENDERED MARCH 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk